UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
CHRISTINE TONEY,

                    Plaintiff,

                                        ORDER
          -against-                     15-CV-0561(JS)(GRB)

PROBATION DEPARTMENT,

                    Defendant.
--------------------------------X
APPEARANCES
For Plaintiff:     Christine Toney, pro se
                   72 Grant Avenue
                   Brentwood, NY 11717

For Defendant:     No appearance

SEYBERT, District Judge:

          On January 27, 2015, pro se plaintiff Christine Toney
("Plaintiff") filed a Complaint pursuant to Title VII of the Civil
Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e
to 2000e-17, and the Age Discrimination in Employment Act of 1967
("ADEA"), as codified, 29 U.S.C. §§ 621-634, against the Probation
Department ("Defendant") alleging that Defendant discriminated
against her on the basis of her race, gender, and age.  Plaintiff's
Complaint is accompanied by an application to proceed in forma
pauperis.

          Plaintiff's ADEA claim is not plausible as a matter of
law given that Plaintiff alleges that she is less than 40 years old
having been born in 1976.  (Compl. ¶ 7.)  The ADEA prohibits
employment discrimination because a person is age forty (40) or
older.  29 U.S.C. § 631(a); see also Abdu-Brisson v. Delta Air

Lines, Inc., 239 F.3d 456, 467 n.3 (2d Cir. 2001) (stating that "one must reach the age of forty before falling under the protection of the ADEA") (citation omitted).  Thus, Plaintiff's ADEA claim is <u>sua</u> <u>sponte</u> DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  However, Plaintiff's claims under Title VII may proceed at this state.

Upon review of Plaintiff's declaration in support of her application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, the Court finds that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees.  <u>See</u> 28 U.S.C. § 1915(a)(1).  Accordingly, Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is GRANTED and the Court ORDERS service of the Complaint by the United States Marshal Service ("USMS") without prepayment of the filing fee.  The Clerk of the Court shall forward the Summons, the Complaint, and this Order to the USMS and the USMS shall serve the Defendant.

The Clerk of the Court is further directed to mail a copy of this Order to the <u>pro</u> <u>se</u> Plaintiff.

SO ORDERED.


/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: February __12__, 2015
       Central Islip, New York